CATHERYN MCMAHON, Respondent, *v.* ISAAC SCHNEER'S
SON AND COMPANY, Appellant.

*McMahon* v. *Schneer's Son & Co.*, 146 App. Div. 742, appeal
dismissed.
(Argued January 8, 1912; decided January 16, 1912.)

MOTION to dismiss an appeal from a judgment entered
November 11, 1911, upon an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, which reversed an order of the Trial Term setting
aside a verdict in favor of plaintiff and directed the rein-
statement of said verdict in an action to recover for per-
sonal injuries alleged to have been sustained through the
negligence of defendant.

The motion was made upon the grounds that the deter-
mination of the Appellate Division was unanimous and
the Court of Appeals has no jurisdiction to review the
same.

*Henry Guinane* for motion.

*Louis Cohn* opposed.

Motion granted and appeal dismissed, with costs, and
ten dollars costs of motion.